UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL A. MCDOWELL,

    Petitioner,

v.                 Case No. 6:05-cv-493-Orl-28JGG

SECRETARY, DEPARTMENT OF
CORRECTIONS, et al.,

    Respondent.

_____

**ORDER REQUIRING PETITIONER TO SUBMIT
PROPER COMPUTER PRINTOUT, BANK LEDGER CARD,
NOTARIZED STATEMENT, OR AUTHORIZED FINANCIAL STATEMENT**

Petitioner's computer printout, filed on **APRIL 18, 2005**, does not contain all the transactions in his prisoner for account for the three [3] months preceding the filing of his petition. Petitioner must submit a computer printout prepared by the institution, a bank ledger card prepared by the institution, a notarized statement by the prisoner, or a financial statement by an authorized officer of the institution containing all the transactions in his prisoner account for the period from **JANUARY 1, 2005**, through **APRIL 1, 2005**, (the three [3] months preceding the filing of the petition). In particular, the printout should show all of the deposits and withdrawals made into Petitioner's account during the above-mentioned period. The failure to fully comply with this Order within **TWENTY [20] DAYS**

from the date of this Order will result in the dismissal of this action without further notice.

**DONE AND ORDERED** at Orlando, Florida, this \_\_\_21st\_\_\_ day of April, 2005.

JAMES G. GLAZEBROOK
UNITED STATES MAGISTRATE JUDGE

Copies to:
pslc 4/19
Michael A. McDowell

2